IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02299-WDM-CBS

CALVIN A. DYKSTRA,
    Applicant,
v.

JOE ORTIZ, Executive Director C.D.O.C., and
JOHN W. SUTHERS, Attorney General of the State of Colorado,
    Respondents.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Dykstra's "Motion for Expedited Ruling" (filed May 11, 2007) (doc. # 20). Pursuant to the Order of Reference dated January 17, 2007 (doc. # 11) and the memorandum dated May 11, 2007 (doc. # 21), this matter was referred to the Magistrate Judge. The court has reviewed the motion and the entire case file and is sufficiently advised in the premises.

    The court is aware of Mr. Dykstra's pending habeas corpus petition and the court will issue a recommendation on the petition in due course, as promptly as possible in light of the many other cases currently before the court.

    IT IS THEREFORE ORDERED that Mr. Dykstra's "Motion for Expedited Ruling" (filed May 11, 2007) (doc. # 20) is noted and DENIED.

DATED at Denver, Colorado, this 14th day of May, 2007.

BY THE COURT:

   s/Craig B. Shaffer   
United States Magistrate Judge