IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02299-WDM-CBS

CALVIN A. DYKSTRA,

    Applicant,

v.

JOE ORTIZ (Executive Director C.D.O.C.), and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Craig B. Shaffer (doc no 24) issued February 7, 2008 that Applicant's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" ("Petition") be denied. Applicant did not file an objection to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b). For the reasons set forth below, I accept Magistrate Judge Shaffer's recommendation.

I have reviewed the pertinent portions of the record in this case, including the Petition and attached exhibits, Respondents' Response to the Petition and Respondents' exhibits, Applicant's Traverse, and the recommendation. I agree with Magistrate Judge Shaffer that Applicant's Petition is properly considered under 28 U.S.C. § 2241 rather than 28 U.S.C. § 2254, that the issues are not moot despite Applicant's release from custody,

and that although Applicant may not have exhausted his state remedies, his claims are easily disposed of on the merits. Applicant's claims are based on his assertions that jail time he served in Florida after absconding from parole in Colorado should be credited against his Colorado sentence and that other procedural protections should have been triggered upon his arrest in Florida. I agree with Magistrate Judge Shaffer that Applicant has not stated a constitutional claim based on the failure to immediately return Applicant to Colorado after he waived extradition, that Applicant was not entitled to credit for time served in another jurisdiction after his parole violation and absconder status, and that he received a timely parole revocation hearing after he was returned to Colorado.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Shaffer (doc no. 24) is accepted.
2. Applicant's Application for Writ of Habeas Corpus is denied and this case is dismissed with prejudice.

DATED at Denver, Colorado, on March 18, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge